Steven D. CAUSEY, #031822, Petitioner-Appellant,

v.

Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, etc., Respondent-Appellee.

No. 73-2038
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 26, 1973.

Timothy F. Prugh, Tampa, Fla. (Court appointed), for petitioner-appellant.

David Luther Woodward, Richard C. Booth, Asst. Attys. Gen., Tampa, Fla., for respondent-appellee.

Before BELL, GODBOLD and GEE, Circuit Judges.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

PER CURIAM:

The District Court correctly denied appellant's petition for a writ of habeas corpus from a state conviction on the ground that the petition only raised questions of the sufficiency and competency of evidence which are not of constitutional dimension.

Affirmed.